IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLEY HOWE,

      Plaintiff,                                                     JUDGMENT IN A CIVIL CASE

v.                                                                              11-cv-553-slc

MIDDLETON VILLAGE NURSING AND
REHABILITATION CENTER,
BILL WATSON, JOE STANGFELD and
ASHLEY O. STROWSKI,

      Defendants.

---

      This action came for consideration before the court with Magistrate Judge
Stephen L. Crocker presiding.  The issues have been considered and a decision has
been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Middleton Village Nursing and Rehabilitation Center, Bill Watson, Joe

Stangfeld and Ashley O. Strowski granting their motion to dismiss and dismissing

this case.


_____          _____
Peter Oppeneer, Clerk of Court                              1/16/2012
                                                   Date