## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KELLEY HOWE,

      Plaintiff,

v.

MIDDLETON VILLAGE NURSING AND
REHABILITATION CENTER,
BILL WATSON, JOE STANGFELD and
ASHLEY O. STROWSKI,

      Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-553-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Middleton Village Nursing and Rehabilitation Center, Bill Watson, Joe Stangfeld and Ashley O. Strowski granting their motion to dismiss and dismissing this case.

_____     _____
    Peter Oppeneer, Clerk of Court              1/6/2012
                                           Date